UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO:  6:13-CR-00239-1 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| BUNNIE MORRIS | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Bunnie Morris, and adjudges her guilty of the offenses charged in Count 1 of the Bill of Information against her.

Sentencing remains SET for June 11, 2014 at 1:30 p.m. in Lafayette before the undersigned.

THUS DONE AND SIGNED in chambers, this 14th day of March 2014 in Shreveport, Louisiana.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE